IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES WATT                                                                                                    PLAINTIFF

V.                                            CASE NO. 05-CV-1084

GEORGIA-PACIFIC CORPORATION
and PACE LOCAL 5-0369 S                                                                           DEFENDANTS

## ORDER

    Before this Court is a Motion for Summary Judgment filed on behalf of Separate Defendant PACE Local 5-0369 S.  (Doc. 17).  Plaintiff James Watt has responded.  (Doc. 22-1).  PACE Local 5-0369 S has replied to Watt's response.  (Doc. 23).  For reasons discussed in the Memorandum Opinion of even date, the Court finds that Separate Defendant PACE Local 5-0369 S's Motion for Summary Judgment should be and hereby is **GRANTED**.  Plaintiff Watt's claim against Defendant PACE Local 5-0369 S is hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 31st day of January, 2007.


                                                            /s/ Harry F. Barnes

                                                      Hon. Harry F. Barnes
                                                      United States District Judge