IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

JAMES WATT                                                                                                    PLAINTIFF

V.                                            CASE NO. 05-CV-1084

GEORGIA-PACIFIC CORPORATION                                                            DEFENDANT

## ORDER

    Before the Court is Defendant Georgia-Pacific Corporations's Motion for Summary Judgment. (Doc. 27). Plaintiff James Watt has responded. (Doc. 35-1). GP has replied to Watt's response. (Doc. 40). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Georgia-Pacific Corporation's Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff Watt's claim against Georgia-Pacific Corporation are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 29th day of May, 2007.


                                                                          /s/ Harry F. Barnes
                                                                    Hon. Harry F. Barnes
                                                                   United States District Judge